# Point I

Constitutional statues 113-13,4,15,16,17,8,1 Failure to constitute a speedy trial on the Right Time should be deem as Error.

The Failure to have a trial in this manner within six months to 4 years and not after Two years. I object that the hearing is not done right. I object they did not follow the proper procedure for a speedy trial. This was error so I object that the End Commence at the beginning and not at the End of the Hearing

Washington v. Arkansas Arkansas v The Board of Conviction and the Board of Conviction / Damages towards

# Point II

Cons. statue 113, 739, 9,12,13,15,16,4,25, Failure to object to a written waiver in court constitute Error by denying client his Right to testify. I object that the lawyer was in Error by not objecting. every time he has a constitution Right to Testify on if client be taken down. It would be unconstitutional in this case it is. I object the court was in Error by allowing a written waiver. Not to Testify. Such a waiver was parlaying to the client's trial and the Constitution / Because he wasn't affirmed his constitution I also object when the client wanted to testify be couldn't because of such a waiver by this attorney not objecting did not preserve the Right of the client making an ineffective and Ms Representation this client Eyak.

E.C.F. #3

POINT III

Cons. Statutes § 113-13,114,115/6,5,7,3.1,3.7 × The Ballistics Report proved that the shell casing may of been tested, but wasn't any finger Point on the shell. No weapon was found. You cannot be charged for weapons in second and third degree. You can only be charged and charged as third in forth degree. Even fifth degree. I object the weapon as a factor in a murder case in this case. Especially there was no weapon found. I object to the weapons charge. Washington v Arkansas, Arkansas v. The Board of Education, The Board of Education v. Damian Edwards.

POINT IV

Cons. statute 113-13,114,115,116,6,7,5,7,3.1,3.7 × In the interest of Justice flight played a major Role in damaging the jury's mind. Papers clearly shows that I intended to leave the country before the incident. The damaging inference occurred if I wasn't explained to the jury and shown it object had been explained to the jury. If object the meaning of the incident. If explained the meaning of the incident the out come would be different. There were no proof to establish flight except to the client leaving the country for alien documents legal status which doesn't establish flight, and only leave the jury to believe you because of flight. I object because my attorney object and made himself ineffective and also misrepresented his client. When you file for residential alien papers you sometimes have to leave the country so flight because you must leave the country/so flight shouldn't be looked at in the interest of justice. Washington v Arkansas, Arkansas v. The Board of Education, People v Damian Edwards.

POINT V

Consider statutes 6/13, 14, 15, 16, 17, 18, 3, 4, 5, 7, 8, 9. In the interest of justice here any evidence should of been promitted the inclusion was police when his told Mr. Askinew also as Butwright testimony who saw another shooter and was impairment and claiming to the trial it should not be deemed as harmless occurred he spoke of a different shooter so did she has she may of identify the same shooter because if object they refuse to use evidence because a week prior evidence. I object the missing material order should been used to preserved her testimony and if she wasn't present her previous testimony should of been read to jury. I object that the murder failure to preserve the witness was misrepresented on this part an cannot be deemed harmless this error.

Washington v. Arkansas Arkansas Malaniskans v. the Board of Education v. Damian Edwards the Board of Education

POINT VI

Constitutional statutes 11, 12, 13

In March of 1985 one 1981 Troy Washington which is also known as Troy Livingston recanted his testimony in previous hearing under 85-A1395 and 89-A1395 and purged himself on the stand to establish at mistake imwmaister and Brooklyn County to the a pending case so he had mistake he didn't want to go to prison so he perjured

① Prong: Flight wasn't established when you
Had A Record Of Documents showing that you
left The Country with intent to come Back
Based ON Facts

② Prong: FLIGHT wasn't establish when the Record
shows that He left For legal Residency Paper
work, that was also confescated at the Airport. which
Clearly show that There wasn't any Flight
because of leave to Obtained legal Residental
documents. My Passport proves that I had
intended to leave the country before the
Alleged incident

③ Prong: My Constitutional Right was Violated
in giving the Jury The incident charging with
Flight may Have And Could of sway the Jury
To Coming Back with a guilty verdict which in
This Case was True if Flight wasn't introduced
The Jury Could of Came Back with a different
Verdict

④ Prong: When The Judge introduce a written waiver
Not to Testify And my lawyer dident object to
The waiver violated my constitutional Rights to
Testify my lawyer misRepresented me when He
dident object to Flight being introduce And the
waiver not to Testify every one Has a Right to
Testify And the inference to Flight was improper

(5) Prong 3 The Speedy Trial Errore my lawyer should of object to there was two years prior to the six months had they had given enough time the papers to prove it wasn't flight and to obtain a missing witness. my constitutional Amendment Rights was violated they violated the constitution by a speedy trial and a waver not to testify

(6) Prong 8 Bullshits Report had no finger print on the shell casings the constitution was violated when they charge and second and third degree my lawyer failed to object caused me to be over charged by the jury Flight caused grete inference in the jury's decision and all of this been pointed out the out come would of been different in the interest of justice , I ask the court to reconsider the jury's decision and here by grant a dismissal of the verdict and dismiss the indictment based on these mightitationly circumstances and facts my lawyer also misrepresented by not objecting to these issues which counsel be deemed as trial strategy the court error By not letting me testify and didnt uphold the constitution Flight which way of swayed the jury to a guilty verdict should of been objected to and not used the papers prove there were no Flight ? here by ask for a complete to dissmissal of the indictment

F.C.F. #3

KEY 5:8

ON 2006 THE FIRST ARRAIGNMENT OVER

Objection WASC was Dismissed BASED ON
insufficient ENTS THOSE WASNT SUFFICIENT FACTS
To ESTABLISH ANY MENTAL ILLNESS Its A Result
To USE THE History AND THE TIMES SENT THOSE
WOULD BE WRONG To BE USED. YOU CANNOT USE
A History THAT WAS DISMISSED To ESTABLISH to
RECORDS EITHER IT WAS ALREADY DISMISSED
THE SECOND History WAS BASED ON THE FIRST
THERE For THE SECOND History Should BE DISMISS
Its WHICH YOU CANT USE A DISMISSED THAT To
ESTABLISH GUILT Especially IF YOU WERE EXONERATED
WASHINGTON V ARKANSAS ARKANSAS V THE BOARD OF EDUCATION
THE BOARD OF EDUCATION V DAMYIAN EDWARDS

KEY 5:3 3-13

IM THE INTEREST OF JUSTICE I
WOULD HAVE By MHUE AND ASK THE
INTEGRAL HEALTH RECORD BE DISMISSED BASED
THEY WASNITY EVIDENCE THAT THEY USED THE
FIRST RECORD THAT WAS CHALLENGE IN COMPLETE
AM DISMISSED, To ESTABLISH GUILT THEY REFLECT
IN WHICH THE FIRST RECORD IS NOT USABLE IT WAS
THROWN OUT.
To ESTABLISH PROOF THEY LOOKED BACK AND BASED
THEY WENT BACK THERE CASE OF GUILT
I Loose by ASK IF BE CHANGED AND BASE ON
V WASHINGTON V. ARKANSAS ARKANSAS V THE BOARD
OF EDUCATION THE BOARD OF EDUCATION V
DAMYIAN EDWARDS

F.C.F. #3

Criminal procedure law 567

On the interest of justice   I object that I was
Harrassed and treated   I will not get out of
Prison ? will not make parole
I object to weight treats and physcal harrasisment

Done by staff
I object to the mental health regimal what was
The reason for the untreaction
The Arkansas v The Board of Education, the Board of Education v Brown Board
593

They violated the constitution and the judges
order when they incormed the misconation dosage
Also by instituting an injection they violated the judge
order, stating the judge was on specific about his
decision. If the judge was unspecific about his
decision you should of call to find out what
The order was or have the patient return to
Court to get the order correct
I object to the action man was took they
should of verify with the court
I object based on abritarry facts they shall
not of violate the oral order by the court
I object that the lawyer prejudice my right
on a previous hearing and denied my right to
appeal also the lawyer in the previous hearing also
the mitigation because that aquited me of any
mental illness in the previous hearing and they
used mental record to establish the second + third
Record. How can you use a mental history that was
dismissed. To establish a mental history

People v Damian Edwards, washington v Arkansas,
Arkansas v the Board of Education v the Board of Educational
v. Damian Edwards

VERIFICATION

STATE OF NEW YORK )
                  ) ss.:
County OF DUTCHESS )

(DAMMAN EDWARDS Being DULLY SWORN
Says I AM THE ABOVE PETITIONER AMONE
NAME, I HAVE READ THE FOREGOING PETITION
AGAINST THE STATE OF NEW YORK AND KNOW
ITS CONTENTS, THE SAME IS TRUE TO MY
KNOWLEDGE EXCEPT AS THE MATTER THROUGH
STATED to be ALLEDGE ON INFORMATION AND
belief, AND AS to THOSE MATTERS I BELIEVE
IT TO BE TRUE,

RESPECTFULLY SUBMITTED

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 16 DAY OF Sept 2018

Notary Public

Carlton Joseph Good
Notary Public, State of New York
Qualified in Dutchess County
No. 01GO6RM73880
Commission Expires August 28, 20 15

F.C.F. #3

F.C.F. #3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DAMIAN EDWARDS

    Poor Person's

    (KRAZMOUNT) PETITIONER,        Motion

AGAINST

The STATE OF NEW YORK
William Consilly, Superintent

    DEFENDANT,

STATE OF NEW YORK  )
                   ) SS.:
County OF DUTCHESS )

PETITIONER DAMIAN EDWARDS ▬▬ BEING DULY
SWORN DEPOSES AND SAYS:

(1) I AM THE PETITIONER IN THE ABOVE CAPTIONED
MATTER PROCEEDING PRO SE.

(2) I MAKE THIS AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR A REDUCTION OF THE FILING FEE
PURSUANT TO AND FOR ASSIGNMENT OF COUNSEL
AND OTHER RELATED RELIEF PURSUANT TO

(3) I AM CURRENTLY IN THE CUSTODY OF NEW YORK
STATE DEPARTMENT OF CORRECTIONS AT FISHKILL
CORRECTIONAL FACILITY

(4) I EARN ABOUT $10.00 by MONTH AS AN
INCENTIVE ALLOWANCE

(5) I HAVE NO OTHER MONEY, STOCKS BONDS OR
OTHER SOURCE OF INCOME

(6) I AM NOT ABLE TO PAY THE FILING FEES
NECESSARY TO PROSECUTE THIS MATTER

F.C.F. #3

① NO OTHER PERSON HAS A BENIFICAL INTEREST IN THE OUT COME OF THIS MATTER

② THE FACT OF MY CASE ARE DESCRIBED IN MY PETITION AND OTHER PAPERS FILED WITH THE COURT.

④ I HAVE NOT MADE ANY PRIOR APPLICATION FOR THE RELIEF REQUESTED.

WHERE FORE I RESPECTFULLY REQUESTED THAT AN ORDER BE ISSUED GRANTING THE PETITION A REDUCED FILING FEE AND FOR SUCH OTHER AND FUTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER

X _____

RESPECTFULLY Submitted

DAMMAN TOURKUS #5A13-
FISH Kill CORR FACILITY
BOX 1245
BEACON NY 12508

State of New york
                        }ss:
County of Dutchess

SUBSCRIBED AND SWORN TO BE ME
THIS 16 DAY OF September 2010

_____

NOTARY PUBLIC

Canton Joseph Good
Notary Public, State of New York
Qualified in Dutchess County
No. 01GO06479986
Commission Expires August 28, 20__

F.C.F #

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Danital Edwards PETITIONER

V

STATE OF NEW YORK
William Connaboy/Superintendent,
DEFENDANTS.

-C.V-

Kings County
Indictment Number
13760/92

To Honorable, Michael A. Telesca

Please Take Notice That The Undersigned
Danital Edwards intends to file a petition in
Federal Court against The State of New York
Pursuant to the Western District of New York.

The Post Office Address of Petitioner
Herein

Fishkill Correctional Facility
Box 1245
Beacon New York 1250 8

The above Entitle Action is a pro se I Am
Representing myself.

The Time which And Place where such
Petition Arose And the Nature of my Petition
Are As Follows:

UNITED STATES DISTRICT COURT
**WESTERN**   DISTRICT OF NEW YORK

_____

Damian Edwards

_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Wyoming Correction Co.,
Superintendant,

_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ ( ) ( )

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

I, DAMIAN EDWARDS , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    Fishkill Corr Facility   Po Box 1245   Beacon N.Y. 12508

    6:50 Every Two weeks

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    _____

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    No   Received  nothing

    a) Are you receiving any public benefits?        ☑ No.    ☐ Yes, $ _____ .

    b) Do you receive any income from any other source?   ☐ No.    ☐ Yes, $ _____ .

Rev. 05/2007

1

United States District Court
~~EASTERN~~ District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: _Damian Edwards_                    - v - _State of New York_
(Enter the full name of the plaintiff(s).)        (Enter the full name of the defendant(s).)

NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

**********************************************************************

SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, _Damian Edwards_ (print or type your name), request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

9/24, 2010
Date Signed

_____
Signature of Plaintiff

N.Y.S.I.D. # _____

Local Jail/Facility I.D. # _95A1395_

Federal Bureau of Prisons I.D. # _____

Rev. 05/2007

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.   ☐ Yes, $ _____

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No.   ☐ Yes, $ _____

6. Do you pay rent or for a mortgage? If so, how much each month?

☑ No.   ☐ Yes, _____

7. List the person(s) that you pay money to support and the amount you pay each month.

NO

8. State any special financial circumstances which the Court should consider.

NONE

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _24_ day of _September_, _2010_
            date        month           year

_____
Signature

Rev. 05/2007

2

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK }
                  } s.s.:
COUNTY OF DUTCHESS}

DAMIAN EDWARDS _____, being duly sworn, deposes and states:

95A1395

1.  I am over the age of 18 and reside at Fishkill Correctional

Facility, P.O. Box 1245, Beacon, New York 12508-8245.

2.  On __OCTOBER__ , 2010 I served the within: __HABEAS CORPUS__ U.S.C.A.

__TITLE 28, SECTION 2254__

upon: ANDREW M. CUOMO
      ATTORNEY GENERAL
      THE CAPITOL
      ALBANY, NEW YORK   12224-0341
at the following address:

MARK BRADT
SUPERINTENDENT
ELMIRA CORR. FACILITY
1879 DAVIS STREET
P.O. BOX 500
ELMIRA, NEW YORK   14902-0500

by depositing a true copy of the within in a post paid properly

addressed wrapper, in an official depository under the exclusive

care and custody of the Department of Correctional Services of New

York.

_____
DAMIAN EDWARS, PETITIONER PRO SE

SWORN TO BEFORE ME THIS __20__

DAY OF __OCTOBER__ , __20__ __10__

_____
NOTARY PUBLIC

COURTNEY DENNISTON
Notary Public, State of New York
No. 01DE6103563
Qualified in Orange County
Commission Expires 01/14/2012

F.C.F. #3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Darian Edwards Petitioner

v

STATE OF NEW YORK
W.00... Community Superintendent,
Defendant,

-C.V-

Kings County
Indictment Number
13960/92

To Honorable, Michael A. Telesca

Please Take Notice That The Undersigned
Darian Edwards intends To File A Petition In
Federal Court Agains[t] The State of New York
Pursuant To The Western District Of New York.

The Post Office Address Of Petitioner
Herein

Fishkill Correctional Facil[ity]
Box 1245
Beacon New York 12508

The Above Entitle Action Is A Pro Se I AM
Representing Myself.

The Time When And Place Where Such
Petition Arose And The Nature Of My Petition
Are As Follows:

F.C.F. #3

Point I

Constitutional Statues 113-13, 4, 5, 6, 7, 8, 1 Failure to Constitute a Speedy Trial on the Right Time should be deem as error.

The Failure to have a trial in this Manner within six months to 4 years and not after.

Two times. I object that the hearing is not done Right. I object they did not follow the proper Procedure for a speedy trial. This was error so I object that the and commence at the beginning and not at the end of the Hearing.

Washington v Arkansas Arkansas v the Board of education and the Board of education v Damian Edwards.

Point II

Coos Statue 113 789 9, 1, 3, 4, 5, 6, 4, 0, 2, 5 Failure to object to a written waiver in Court Constitute error by denying client his Right to Testify.

I object that the Lawyer was in error by not objecting every time his a constitution Right to Testify or if can't be taken away. It would be unconstitutional on in this case it is. I object the Court was in error by a written waiver not to Testify. Such a waiver was Damaging to the client's Trial and the constitutional record he wasn't offered his constitution to testify. I also object when the client wanted to Testify the Counsel because of such a waiver by the attorney not objecting did not preserve the Right of the client asking not present a ineffective and Misrepresentatry his client E4443.

# POINT III

Cons. Stat. & §13-13.1,13,13.5,16, §.7.7, The Ballistics
Report MAY Prove, The shell Casing May
of BEEN Tested, but wasn't ANY Finger Print
on The Shells, No weapon was Found. You Cannot
be Charged for weapon on Second AND Third
Degree, You Can only be Charged AND Change
It to A Third or Forth Degree, Even Fifth Degree
I object the Weapon, As A Factor in A Murder
Once in This Case Especially There was no
weapon Found I object, I object to the
weapons Charge. WASHINGTON v ARKANSAS, McLAUSAL
v. The Board of education, The Board of education v.
DAMIAN EDWARDS.

# POINT IV

Cons. Stat. #3 →3, #4.5.1.6, 6.7.5.1,7.4. In The
Interest of Justice Flight Played a Major Role In
Damaging the Jury's mind. Papers Clearly Shows
that I intended To LEAVE The Country before the
Incident, The Damaging inference occurred with
It wasn't explained to The Jury AND Should
of BEEN explained to the Jury, I object The
If explained The Viewing of The Incident And
The OUTCOME would be Different.

There Were No Proof To establish Flight except
to The client LEAving The Country for ALIEN
Documents, Legal Status which doesn't establish
Flight, And only Leave the Jury To believe Guilty
Because of Flight, I object Because MY ATTORNEY
object And MADE Himself UNEFFECTIVE And Also
misrepresented His Client

When you File For Residential Alien PAPERS You
Sometimes have To Leave the Country I object
Because you Must Leave the Country So Flight
Should Be Looked AT in the interest of Justice
WASHINGTON v ARKANSAS, ARKANSAS v The Board of education
The Board of education v DAMIAN EDWARDS, People v DAMIAN
EDWARDS.

F.G.F. #3

POINT V

Cross Exhibit 6113,114,115,116,17,118,119,12,1,1,2,3,4,5,6,7,8,9) In the interest of justice the Hearsay evidence should of been permitted. The Indictment was Rule when its Told Mr. Askurten Also Mr. Boatwright testimony who Saw Another shooter and was important and Claiming to the Trial it Should not be deemed As harmless because He spoke to a different shooter so Any She And they may of ID6,4,7,8, This Same shooter because I object they refuse to use evidence because A week Prior Evidence. I object the missing material Order should been used to present her testimony And if She weren't present his Previous Testimony should of been read to the Jury I object that the Movitor failure To preserve the witness was a misrepresentation On his part As I cannot the deemed Harmless Error.

Washington v. Arkansas. Holansans v. The Board of Education V. Damian Edwards
The Board of Education

POINT VI

Constitutional Statutes 113 — 13

In March of 1985 June 1989 Troy Washington Which Is Also Known As Troy Livingston Recruited His Testimony In Previous Hearing Under 85/A/1395 And 89/R/1395 And Purgered Himself On the Stan To Establish A Motive In Homicide. And Brooklyn County He Had A Pending Case So He Had Motive He didn't want to go to prison so he testified.

F.G.F. #3

① prong: Flight wasent establish when you had a record of documents showing that you left the country with intent to come back based on facts

② prong: Flight wasent establish when the record shows that was also confescated at the airport. which he left for legal residency paper work, that clearly show that there wasent any flight because of leave to obtained legal residental documents. My passport proves that intended to leave the country before the allegde incident

③ prong: My Constitutional Right was violated in giving the jury the incodent charging with Flight may have and could of sway the jury to coming back with a guilty verdict which in this case was true if flight wasent introduce the jury could of came back with a different verdict

④ prong: when the judge introduce a written waver not to testify and my lawyer dident object to the waver violated my constitutional rights to testify my lawyer misrepresented me when he didnt object to flight being introduce and the waver not to testify everyone has a right to testify and the inference to flight was improper

F.C.F. #3

(5) prong: THE SPEEDY TRIAL ERROR MY LAWYER
should of OBJECT to THERE WAS TWO YEARS PRIOR
To THE SIX MONTHS HAD THEY STAY GIVEN ENOUGH
TIME THE PAPERS TO PROVE IT WASN'T FLIGHT
And To OBTAIN A MISSING WITNESS. MY CONSTITUTIONAL
AMENDMENT RIGHTS WAS VIOLATED THEY VIOLATED
THE CONSTITUTION BY A SPEEDY TRIAL ORDER
AND A WAIVER NOT TO TESTIFY

(6) prong: BU/13/1C5 REPORT HAD NO FINGER PRINT ON
THE SHELL CASINGS THE CONSTITUTION WAS VIOLATED WHICH
THEY CHARGE AND SECOND AND THIRD DEGREE MY LAWYER
FAILED TO OBJECT CAUSED ME TO BE OVER CHARGED
BY THE JURY. FLIGHT CAUSED GATE INFERENC IN THE
JURY'S DECISION AND ALL OF THIS BEEN POINTED OUT
THE OUT COME WOULD OF BEEN DIFFERENT
IN THE INTEREST OF JUSTICE, I ASK THE COURT
To RECONSIDER THE JURY'S DECISION AND HERE
BY GRANT A DISMISSAL OF THE RENDERED VERDICT
And DISMISS THE INDITEMENT BASED ON THESE
MIGHITGATORY CIRCUMSTANCES AND FACTS MY LAWYER ALSO
MISREPRESENTED by NOT OBJECTING TO THESE ISSUES WHICH
COUNSEL BE DEEMED AS TRIAL STRATEGY THE COURT ERROR
BY NOT LETTING ME TESTIFY AND DIDN'T UPHOLD THE
CONSTITUTION FLIGHT WHICH MANY OF SWAYED THE JURY
To A GUILTY VERDICT SHOULD OF BEEN OBJECTED TO
HAD NOT USED THE PAPERS PROVE THERE WERE
NO FLIGHT i HERE BY ASK FOR A COMPLETE TO DISMISSAL
OF THE INDITEMENT

F.G.F. #3

Key 5:8

On 2005 if first Redmon ujer

Objection Case was Dismissed Based on
Insufficant Facts These wasn't sufficient facts
to establish any mental illness as a result

To use the History and the times sent these
would be wrong to be used. You cannot use
a History that was Dismissed to establish a
Record within it was already Dismissed

The Record History was Based on the first
There for the Second History should be Dismissed to
as well, you cant use it Dismissed trial to
establish guilt Especially if you were Exastrata/exastra to
Washington J. Arkansas V. The Board of Education
The Bond of Education  V. Damian Edwards

Key 5:3  3 - 13

In the interest of Justice I
would also By would ask that Time
Internal Fourth Record Be Dismissed Based on
there wasn't Evidence that they used the
first Record that was Challenge in Court
An Dismissed To establish guilt they Reflate
in which the first Record is not usable it was
Thrown out.

To Establish proof they Looked Back and Based
They ideal proof There case of it
I Based by Ask if Be Dismiss and Base it
Washington v. Arkansas Arkansas V. The Board
of Education The Board of Education V
Damian Edwards

Criminal procedure law 50.7
on the interest of justice I object that I was
harassed and retaliated I will not get out of
prison I will get denied parole
I object to verbal threats and physical harassment
done by staff
I object to the mental health referral what was
the reason for the harrassment Washington v Arkansas
Arkansas v the Board of Education, the Board of Education v Damian Edwards

508
They violated the Constitution and the Judges
order when they incorrade the incarceration dosage
also by instituting an injection they violated the Judge's
order, stating the judge was unspecific about his
decision if the judge was unspecific about Mrs.
Devinson you should of call to find out what
the order was or have the partial return to
court to get the order correct
I object to the action that was took me
should of comply with the court
I object based on alternating facts they should
not of violate the oral order by the court
I object that the lawyer prejudice my rights
on a previous hearing and denied my rights
Appeal also the lawyer in the previous hearing also
the attorney before hand admitted me of any
mental illness in the previous hearing and they
used that record to establish the second to third
reason how can you use a history that was
dismissed to establish a mental history?
People V Damian Edwards, Washington v Arkansas,
Arkansas v the Board of Education, the Board of Education
v Damian Edwards

VERIFICATION

STATE OF NEW YORK )
                          ) ss.:
(County of DUTCHESS )

DAMIAN EDWARDS Being Duly Sworn
Says: I am the Above Petitioner Named
Name? I have Read the Foregoing Petition
Against the State of New York and Know
its Contents; The Same is True to my
Knowledge Except As the matter Through
Stated to be Alleged on information and
belief, And As to Those matters I Believe
it to Be True.

Respectfully Submitted (signature)

Sworn And Subscribed to before me (signature)
This 16 Day of Sept. 2010

(signature)
Notery Public

Carlton Joseph Good
Notary Public, State of New York
Qualified in Dutchess County
No. 01GO6047380
Commission Expires August 28, 20.15

F.G.F. #3 .

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

DAMIAN EDWARDS,

       Warrant Petitioner,      Poor Person's

       Against              Motion

The State of New York

   William Connolly Superintendent

       Defendant,

State of New York   ) SS.:

County of Dutchess  )

Petitioner Damian Edwards ☐ being duly
sworn deposes and says ?

(1) I am the Petitioner in the above captioned
Matter proceeding Pro Se.

(2) I make this affidavit in support of an
Application for a reduction of the filing fees
pursuant to and for assignment of Counsel
and other related relief pursuant to

(3) I am currently in the custody of New York
State Department of Corrections at Fishkill
Correctional Facility

(4) I earn about $10.00 by month as an
Incentive Allowance

(5) I have no other money, stocks bonds or
Other source of income.

(6) I am not able to pay the filing fees
Necessary to prosecute this matter

⑦ NO OTHER PERSON HAS A BENIFICAL INTEREST IN THE OUT COME OF THIS MATTER

⑧ THE FACT OF MY CASE ARE DESCRIBED IN MY PETITION AND OTHER PAPERS FILED WITH THE COURT.

⑨ I HAVE NOT MADE ANY PRIOR APPLICATION FOR THE RELIEF REQUESTED.

WHERE FORE, I RESPECTFULLY REQUESTED THAT AN ORDER BE ISSUED GRANTING V THE PETITION A REDUCED FILING FEE AND FOR SUCH OTHER AND FUTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER

X

X RESPECTFULLY SUBMITTED
DAMIAN EDWARDS 95A1355
FISH KILL CORR Facility
Box 1245
BEACON NY 12508

STA[e] of New York.  ) ss.:
County of Dutchess )

SUBSCRIBED AND SWORN TO BE ME
THIS 16 DAY OF September 2010

Carlton Joseph Good
Notary Public, State of New York
Qualified in Dutchess County
No. 01GO6047986
Commission Expires August 28, 20__

NOTARY PUBLIC

F.C.F. #3

UNITED STATES DISTRICT COURT
**WESTERN**   DISTRICT OF NEW YORK

Danien Edwards

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Widwa Connelly
Superintendent,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

_____ Civ. _____ ( ) ( )

**REQUEST TO PROCEED**
**IN FORMA PAUPERIS**

I, DAMIAN EDWARDS , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Fishkill Corr Facility   PO Box 1245   Beacon N.Y. 12508

   6:50 Every Two weeks

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   No Received Nothing

   a) Are you receiving any public benefits?   ☑ No.   ☐ Yes, $ _____ .

   b) Do you receive any income from any other source?   ☐ No.   ☐ Yes, $ _____ .

Rev. 05/2007

1

United States District Court

~~EASTERN~~ WESTERN District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date:

RE: Damian Edwards          - v -  State of New York
(Enter the full name of the plaintiff(s).)        (Enter the full name of the defendant(s).)

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, Damian Edwards          (print or type your name), request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

9/24 , 2010
Date Signed

_____
Signature of Plaintiff

N.Y.S.I.D. # _____

Local Jail/Facility I.D. # 95A1395

Federal Bureau of Prisons I.D. # _____

Rev. 05/2007

4. Do you have any money, including any money in a checking or savings account?  If so, how much?

☑ No.   ☐ Yes,  $ _____

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property?
If the answer is yes, describe the property and state its approximate value.

☑ No.   ☐ Yes,  $ _____

6. Do you pay for rent or for a mortgage?  If so, how much each month?

☑ No.   ☐ Yes,  _____

7. List the person(s) that you pay money to support and the amount you pay each month.

NO

_____

_____

8. State any special financial circumstances which the Court should consider.

NONE

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of __September__ , __2010__ .
        *date*          *month*       *year*

_____
*Signature*

2