-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAMIEN EDWARDS, 95-A-1395,

        Petitioner,

   -v-                                  11-CV-0052Sr

FISHKILL CF,                       **ORDER**

        Respondent.

---

    Petitioner, an inmate at the Fishkill Correctional Facility, has brought this proceeding under 28 U.S.C. § 2254. Petitioner seeks to challenge a conviction reached in the County Court located in Kings County, New York. The Court finds that the Eastern District of New York would be a more convenient forum for this action because all of the records relating to the petitioner's underlying criminal conviction are located in that district. *See* Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 499, n.15, 93 S.Ct. 1123, 1132, n.15, 35 L.Ed.2d 443 (1973). The determination of the petitioner's motion for permission to proceed *in forma pauperis* has been left to the Eastern District of New York.

    IT HEREBY IS ORDERED, that the case is transferred to the United States District Court for the Eastern District of New York.

    **SO ORDERED.**

                                                S/ MICHAEL A. TELESCA
                                                 MICHAEL A. TELESCA
                                           United States District Judge

Dated:    January 31, 2011
            Rochester, New York